DE SYLVA *vs.* HENRY.

1. A writ of error, bringing up two distinct judgments of a Court below, (on appeal from a Magistrate,) no order of consolidation appearing,—will be dismissed.

On motion to dismiss.

In this case, two judgments were rendered by a justice of the peace of Mobile county, in favor of the plaintiff in error, against the defendant: and on appeal, taken to the Circuit Court of Mobile, the judgments were reversed. The plaintiff took a writ of error, on these judgments, from this Court; and in it embraced the judgments rendered below in both cases.. It was now moved, to dismiss the writ of error.

LIPSCOMB, C. J.—Two suits had been brought by the plaintiffs against the defendants, before a justice of the peace, and judgment given by the justice in his favor; an appeal was taken in each case, to the Circuit Court. The judgment of the justice of the peace was reversed, in both cases, and judgment given for the defendant.

There was no order for a consolidation of the two suits; but the two removed in the Circuit Court distinct from each other. The plaintiff has in this case, embraced both in one writ of error, and brought up both judgments, for revision. The Circuit Court would, perhaps, on motion of the defendant, have

consolidated the two suits. But surely it is not in the power of the plaintiff in error to do so, by embracing them both in one writ.

The writ of error must be dismissed.